**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raymond KASTNER, Defendant–
Appellant.**

No. 05–51558.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 28, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Raymond L. Kohler, Austin, TX, for Defendant–Appellant.

Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Raymond Kastner appeals his conviction for being a felon in possession of a firearm. *See* 18 U.S.C. § 922(g)(1). He argues that the evidence at trial was insufficient because his ex-wife, Christine Grinie, was not a credible witness. This court's review for sufficiency of the evidence is not concerned with the credibility of witnesses or the weight of the evidence, which is the exclusive province of the jury. *United States v. Garcia*, 995 F.2d 556, 561 (5th Cir.1993). Moreover, given the evidence at trial, Kastner has not shown that his conviction

resulted in a manifest miscarriage of justice. *See United States v. Thomas*, 12 F.3d 1350, 1358 (5th Cir.1994).

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.